UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-MJ-02689-OTAZO-REYES

UNITED STATES OF AMERICA

vs.

JORDAN JESUS HUNG MENDOZA and
JOSE GREGORIO MOURE ALVAREZ,

          **Defendants.**
_____/

**JOINT MOTION TO CONTINUE
ARRAIGNMENT AND PRELIMINARY EXAMINATION**

      The Parties, by and through the undersigned Assistant United States Attorney, respectfully file this Joint Motion to Continue the May 6, 2021 Arraignment and Preliminary Hearing for a period of 30 days, and in support therefore, state as follows:

      1.      On April 8, 2021, the Defendants were arrested and charged by criminal complaint with conspiracy to smuggle firearms out of the United States, in violation of 18 U.S.C. § 371. The Defendants made their initial appearance that same day.

      2.      On April 15, 2021, the Parties stipulated to entry of a $250,000 corporate surety bond, which the Court entered as to each Defendant. The Court further scheduled the arraignment and preliminary examination for May 6, 2021, at 10:00 a.m.

      3.      The United States has produced discovery in this matter, and the parties are working to resolve this case by way of a guilty plea to an Information. However, additional time is needed to review discovery and discuss this potential resolution.

      4.      For these reasons, the Parties respectfully request that the Court continue the

arraignment and preliminary hearing for 30 days. The parties agree and request that the Court find that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

                Respectfully submitted,

                JUAN ANTONIO GONZALEZ
                ACTING UNITED STATES ATTORNEY

By:   /s/ Daniel J. Marcet
       Daniel J. Marcet
       Florida Bar No. 0114104
       Assistant United States Attorney
       United States Attorney's Office
       Southern District of Florida
       99 NE 4th Street
       Miami, Florida 33132
       Tel: (786) 360-9778